Case 7:19-cv-00326   Document 12   Filed on 11/12/19 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC, as Broadcast Licensee of the September 17, 2016 Saul Alvarez v. Liam Smith WBO World Super Welterweight Championship Fight Program, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:19-cv-00326 |
| 1) INDIGO ENTERTAINMENT GROUP, LLC, individually, and d/b/a INDIGO CLUB, and d/b/a INDIGO; 2) MAGI INVESTMENT GROUP GP, LLC, individually, and d/b/a INDIGO CLUB, and d/b/a INDIGO; 3) GILBERTO FLORES, individually, and d/b/a PUBLIC HOUSE, and d/b/a INDIGO CLUB, and d/b/a INDIGO; and 4) MAYERLING REDONDO, individually, and d/b/a INDIGO CLUB, and d/b/a INDIGO, | § § § § § § § § § § § § § | |
| Defendants. | § | |

**AGREED JUDGMENT**

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) Indigo Entertainment Group, LLC, individually, and d/b/a Indigo Club and d/b/a Indigo; 2) MAGI Investment Group GP, LLC, individually, and d/b/a Indigo Club and d/b/a Indigo; 3) Gilberto Flores, individually, and d/b/a Indigo Club and d/b/a Indigo; and 4) Mayerling Redondo, individually, and d/b/a Indigo Club and d/b/a Indigo (collectively "Defendants") agree that the Court should sign and cause to be entered this *Agreed Judgment* in favor of Plaintiff and against Defendants.

IT IS, THEREFORE, ORDERED that Plaintiff recover from Defendants, joint and severally:

- Damages in the amount of $12,000.00; and
- Court costs

It is ordered that all writs and process for the enforcement and collection of this *Agreed Judgment* may issue as necessary. ~~In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this *Agreed Judgment*.~~

This *Agreed Judgment* is a final judgment. Therefore, any relief not expressly granted herein is denied.

Signed this 12th day of November, 2019 at McAllen, Texas

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE

AGREED TO:

By: _____
David M. Diaz
State Bar No. 24012528
david@diazlawtx.com

LAW OFFICES OF DAVID DIAZ, PLLC
825 Watters Creek Blvd.
Building M, Suite 250
Allen, Texas 75013
(972) 996-4588 – Telephone

ATTORNEY FOR PLAINTIFF

By: _____
Gilberto Flores
floresgil06@gmail.com
3111 N. 26th Street
Hildago, Texas 78557
(956) 780-1433 – Telephone

DEFENDANT, *pro se*, and Authorized Agent for Indigo Entertainment Group, LLC & MAGI Investment Group GP, LLC

By: _____
Mayerling Redondo
3111 N. 26th Street
Hildago, Texas 78557

DEFENDANT, *pro se*